**Order entered April 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00170-CV

**BAXTER BAILEY & ASSOCIATES, INC., Appellant**

**V.**

**TTS, LLC, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04029-2012**

## ORDER

We **GRANT** appellant's April 25, 2014 unopposed second motion for an extension of time to file a brief. Appellant shall file its brief on or before May 2, 2014. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     ADA BROWN
          JUSTICE